Opinion issued July 15, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00560-CV

____________


IN RE GREGORY B. JACKSON, Relator







Original Proceeding on Petition for Writ of Mandamus






OPINION ON MOTION FOR REHEARING AND TO SUPPLEMENT
AND AMEND BY CHANGING PARTIES


 On June 13, 2002, the Court issued an opinion dismissing relator's petition for
writ of mandamus against the Texas Attorney General, John Cornyn. Relator has
filed a "motion for rehearing and to supplement and amend by changing parties," in
which he requests this Court to change the named respondent to Harris County
District Attorney Charles Rosenthal.

 This Court has no jurisdiction to issue a writ of mandamus against a county
district attorney. See Tex. Gov't Code Ann. §§ 22.002(c), 22.221 (Vernon Supp.
2002). Relator's motion is denied, and the petition for writ of mandamus is
dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Price. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Frank C. Price, former Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.